JOHN PERRY vs. *Providence,* 1752

Mar Howard J[r] for Respond[ts]

John Swier late a mariner on board the Brigantine Providence being Solemnly Sworn gave answer as follows. Viz[t]

*Quest[n]* Did William Powers drink any of that wine which was expended by the people at the Bay of Hondoras on board the Brigantine Providence.

*A[r]* Yes, and agreed before he died to allow his proportionable part

*Ques.* Did John Perry drink of the aforesaid Wine.

*Ans[r]* Not to my knowledge;

*Ques[t]* Was you on board during the time that wine was drinking out

*Ans[r]* I was not on board at the time.

*Ques:* What did you sell that Wine for, after Cap[t] Wantons death.

*Ans[r]* At Six pounds per Quarter Cask.

*Ques:* From the time the Wine was broacht to the time the Wine was drank out, how long was you absent from the Vessel.

*Ans[r]* About Five or Six weeks in the whole.

*Ques:* Who were the Persons by name on board the Brigantine Providence during the time the wine was drank.

*Ans[r]* Humphry Waters, William Powers, William Farrel, Jn[o] French,

Eben[r] Bennet, Sam[ll] Haywood, Dan[ll] Buckley, W[m] Tulling, Jn[o] Perry and several others which I cant remember.

*Quest[n]* Who are the men that drank the afores[d] Wine and were willing to pay their parts.

*Ans[r]* There was Seven or Eight, as before mentioned.

*Quest* Was John Perry one of them.

*Ans[r]* Not to my knowledge, but he might have drank during my absence. I being frequently up the River.

*Quest* Was Moses Pummum one who drank the Wine.

*Ans[r]* Not to my knowlege.

*Ques:* Was Thomas Foster one.

*Ans[r]* Not to my knowlege.

*Ques:* Was Jn[o] Perry up the River with you during the time the wine was drank.

*Ans[r]* Yes, two or three times.

John Swier

COLONY OF RHODE ISLAND ETC At a Court of Vice Admiralty Held at Newport In the Colony afores[d] on Monday the Twenty fifth of May A. D. 1752 at Ten o Clock A. M. Present the Honorable Samuel Wickham Esq[r] Dy. Judge The Court being opened.